**CHARLES J. DeHART III**
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE
HUMMELSTOWN PA 17036

TELEPHONE 717-566-6097
FAX 717-566-8313
dehartstaff@pamd13trustee.com

September 9, 2009

Clerk, U.S. Bankruptcy Court

RE: Wilson E. & Lois M. Bachert
　　Bankruptcy Case No. 5-04-53800
　　Unclaimed Funds For: Household Bank
　　　　　　　　　　　　PO Box 98724
　　　　　　　　　　　　Las Vegas NV 89193

Dear Clerk:

　　Enclosed herewith please find check No.751168 for $802.84 drawn on the Fulton Bank representing unclaimed funds for a creditor in the above-referenced bankruptcy.

　　Should you have any questions or concerns regarding this matter, please feel free to contact our office.

　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　*Carol A. Kreider*

　　　　　　　　　　　　　　　　Carol A. Kreider
　　　　　　　　　　　　　　　　Funds Manager